UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                    Case No. 07-30147-DHW
                                         Chapter 13
DANIEL W BIRMINGHAM
Soc. Sec. No. XXX-XX-7566
LORENE A BIRMINGHAM
Soc. Sec. No. XXX-XX-8158

        Debtor.

> PURSUANT TO LBR 1017-1, THIS CASE MAY BE DISMISSED, WITHOUT FURTHER NOTICE OR HEARING, UNLESS A RESPONSE IS FILED WITH THE COURT AND SERVED UPON THE PARTY SERVING THIS NOTICE WITHIN 20 DAYS OF SERVICE.

## TRUSTEE'S MOTION TO DISMISS

Comes now Curtis C. Reding, Chapter 13 Standing Trustee for this district, and moves the Court to dismiss the above entitled case pursuant to 11 U.S.C., §1307 (and LBR 1017-1), in that the debtor's actions have caused unreasonable delay that is prejudicial to creditors. As grounds for said motion, the Trustee states as follows:

The debtor failed to make payments to the Trustee pursuant to the terms of the debtors confirmed plan.

Dated: October 10, 2007

Office of the Chapter 13 Trustee
P. O. Box 173                          /S/ Curtis C. Reding
Montgomery, AL 36101-0173              Curtis C. Reding, Trustee
Phone: (334)262-8371
Fax: (334)262-8599
email: Ch13Trustee@ch13mdal.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Motion to Dismiss on the debtor(s) and the debtor's attorney, by placing them in the United States Mail, postage prepaid, and properly addressed, or by electronic mail.

Done, this the 10th day of October, 2007.

                                       /S/ Curtis C. Reding
                                       Curtis C. Reding, Trustee

cc: VONDA S MCLEOD
    SHINBAUM ABELL MCLEOD & VANN
    P O BOX 201
    MONTGOMERY AL  36101