# IN THE UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

| | |
|---|---|
| In the Matter of: | } |
| | } Case No. 07-30147 |
| Daniel W. Birmingham | } |
| Lorene A. Birmingham | } Chapter 13 |
| | } |
| **Debtor(s)** | } |

## OBJECTION TO TRUSTEE'S MOTION TO DISMISS

COMES NOW the Debtor, individually, and by attorney, and hereby objects to the Trustee's Motion to Dismiss, and as grounds for said Objection, states as follows:

1. The Debtor(s) got behind in plan payments because of high automobile repair costs and also the cost of moving following the stay lifting on their residential property.

2. The Debtor(s) are able to make payments now because the debtors new rent payment will be less than the mortgage payment they were paying before.

3. The Debtor wishes to stay in Chapter 13 and requests this court to deny the Trustee's Motion to Dismiss. Along with the filing of this motion the debtors are paying one full monthly payment of $801 (see attached).

WHEREFORE, the premises considered, the Debtor requests this Court to deny the Trustee's Motion to Dismiss.

Respectfully submitted this the 27 day of May, 2009.

/s/ Vonda S. McLeod
ASB-5507-D65-V
*Attorney for Debtor*:
Vonda S. McLeod
ASB-5507-D65-V
Shinbaum, McLeod &

Post Office Box 201  
Montgomery, AL 36101-0201

Campbell, P.C.  
566 South Perry Street

334-269-4440

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by CM/ECF on this day 27 day of May, 2009.

Chapter 13 Trustee, Curtis C. Reding  
Bankruptcy Administrator, Teresa Jacobs

